■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v TJAI MURPHY, Defendant. [982 NYS2d 905]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Queens County, rendered June 19, 2008.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Leventhal, Hinds-Radix and Maltese, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER OTIGHO, Appellant. (Matter No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v CHRISTOPHER OTIGHO, Defendant. (Matter No. 2.) [982 NYS2d 919]—Application by Christopher Otigho for a writ of error coram nobis on the ground of ineffective assistance of appellate counsel in connection with two judgments of the Supreme Court, Kings County, rendered March 2, 2011, and April 18, 2011, respectively.

Ordered that the application is denied without prejudice to seeking any appropriate relief pursuant to *People v Syville* (15 NY3d 391 [2010]).

Christopher Otigho has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Chambers, Lott and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLIE PARKS, Appellant. [982 NYS2d 920]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 17, 2009 (*People v Parks*, 67 AD3d 931 [2009]), affirming a judgment of the Supreme Court, Kings County, rendered June 26, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Dickerson, Chambers and Roman, JJ., concur.